**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7848**

HAROLD E. STRICKLAND,

Plaintiff – Appellant,

v.

COMMONWEALTH OF VIRGINIA; DR. PAUL C. OHAI, Powhatan
Correctional Center; DR. RONALD W. TONEY, Powhatan
Correctional Center; NURSE WANDA DAVENPORT, Powhatan
Correctional Center; ARMOR CORRECTIONAL HEALTH SERVICES,
INC.; DR. FRANK STURMER, Mecklenburg Correctional Center;
DR. MARK MILITANA, Mecklenburg Correctional Center; DR.
MARY CLARKE, Deep Meadows Correctional Center; NURSE W.
REED, Deep Meadows Correctional Center,

Defendants - Appellees.

**No. 14-7849**

HAROLD E. STRICKLAND,

Plaintiff – Appellant,

v.

VIRGINIA DEPARTMENT OF CORRECTIONS; ARMOR CORRECTIONAL
HEALTH SERVICES, INC.; DR. FRANK STURMER, Mecklenburg
Correctional Center; DR. MARY CLARKE, Deep Meadows
Correctional Center; NURSE W. REED, Deep Meadows
Correctional Center; MS. CLOUD, Food Service Manager- Deep
Meadows Correctional Center; DR. PAUL C. OHAI, Powhatan
Correctional Center; DR. RONALD W. TONEY, Powhatan
Correctional Center; NURSE WANDA DAVENPORT, Powhatan
Correctional Center,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.   James P. Jones, District Judge.  (7:13-cv-00485-JPJ-PMS; 7:13-cv-00484-JPJ)

_____

Submitted:  May 28, 2015                    Decided:  June 18, 2015

_____

Before MOTZ and GREGORY, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Harold E. Strickland, Appellant Pro Se. John Michael Parsons, Assistant United States Attorney, Richmond, Virginia; Ramon Rodriguez, III, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia; Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold E. Strickland appeals the district court's order accepting the recommendation of the magistrate judge, denying relief on his complaints raising various claims under state and federal law, and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Strickland v. Virginia, No. 7:13-cv-00485-JPJ-PMS (W.D. Va. Nov. 17, 2014); Strickland v. Virginia Dep't of Corr., No. 7:13-cv-00484-JPJ (W.D. Va. Nov. 17, 2014). We deny leave to proceed in forma pauperis and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED